CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al. | ) ) ) ) |
| Plaintiff | ) Civil Case Number 08-0433 (EGS) ) |
| v. | ) ) Category   A |
| BANK OF AMERICA, N.A. | ) ) ) ) |
| Defendant | ) ) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>March 13, 2008</u> from <u>Chief Judge Thomas F. Hogan</u> to <u>Judge Emmet G. Sullivan</u> by direction of the Calendar Committee.

(Reassigned as related to 08-0432)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Chief Judge Hogan</u> & Courtroom Deputy
      <u>Judge Sullivan</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk