IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A.<br><br>    Defendant. | **Civil Action No.**<br><br>Case: 1:08-cv-00433<br>Assigned To : Hogan, Thomas F.<br>Assign. Date : 3/12/2008<br>Description: Antitrust |

**MOTION FOR THE APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**

Pursuant to Federal Rule of Civil Procedure 23(g), the undersigned plaintiffs all respectfully and jointly move this Court to designate Cohen Milstein Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") and Boies, Schiller & Flexner LLP ("Boies Schiller") as co-lead interim class counsel for the proposed class.

In support of this motion, the undersigned:

(1) have the complete support of plaintiffs and firms filing cases in this action;

(2) have conducted significant independent investigations into the potential claims in this action;

(3) have extensive relevant experience in complex antitrust litigation and knowledge of the law applicable to this action; and

(4) are willing to commit the resources necessary to representing the class.

1

Dated: March 12, 2008

By: ___/s/ Michael D. Hausfeld /cc___
Michael D. Hausfeld (DC Bar No. 153742)
Richard A. Koffman (DC Bar No. 461145)
Megan E. Jones (DC Bar No. 467255)
Christopher J. Cormier (DC Bar No. 496384)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

William A. Isaacson (DC Bar No. 414788)
Tanya Chutkan (DC Bar No. 420478)
Jonathan Shaw (DC Bar No. 446249)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

Jonathan W. Cuneo (DC Bar No. 939389)
Daniel M. Cohen (DC Bar No. 470056)
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, D.C. 20002
Telephone:  (202) 789-3960
Facsimile:  (202) 789-1813

Joel Davidow (DC Bar No. 50849)
Clifford K. Williams
KILE GOEKJIAN REED & McMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036
Telephone:  (202) 659-8000
Facsimile:  (202) 659-8822

Allen Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103
Telephone:  (215) 567-6565
Facsimile:  (215) 568-5872

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403
Telephone:  (612) 338-4605
Facsimile:  (612) 338-4692

Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
One Embarcadero Plaza
San Francisco, CA 94111
Telephone:  (415) 229-2080
Facsimile:  (415) 986-3643

Robert G. Eisler
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022
Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745

Carol V. Gilden
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone:  (312) 357-0370
Facsimile:  (312) 357-0369

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street, Suite 4500
Jamestown, NY 14701
Telephone:  (716) 664-2967
Facsimile:  (716) 664-2983

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Telephone:    (415) 421-3400
Facsimile:    (415) 421-2234

Steven Greenfogel
MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102
Telephone:   (215) 564-5182
Facsimile:    (215) 569-0958

Precious Martin Senior
PRECIOUS MARTIN SENIOR &
ASSOCIATES PLLC
821 North Congress St.
P.O. Box 373
Jackson, MI 39205-0373
Telephone: (601) 944-1447
Facsimile:   (601) 944-1448

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401
Telephone: (843) 723-9804
Facsimile:   (843) 723-7446

Steven A. Kanner
FREED KANNER LONDON &
MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015
Telephone:   (224) 224-632-4500
Facsimile:    (224) 632-4521

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS 39211
Telephone:  (601) 977-5253
Facsimile:    (601) 977-5236

Joe R. Whatley Jr.
WHATLEY DRAKE & KALLAS LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203
Telephone: (205) 328-9576
Facsimile: (205) 328-9669

Stephen Neuwirth
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for One or More Individual Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A.<br><br>    Defendant. | Civil Action No. |

## [PROPOSED] ORDER APPOINTING INTERIM CO-LEAD CLASS COUNSEL

### I.   Appointment of Interim Class Counsel

Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court hereby designates Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") and Boies, Schiller & Flexner LLP ("Boies Schiller") as co-lead interim class counsel for the proposed class.

The Court finds that designation of Cohen Milstein and Boies Schiller as co-lead interim class counsel is in the best interests of the proposed class because Cohen Milstein and Boies Schiller:

(1) have the overwhelming support of plaintiffs and firms filing cases in this action;

(2) have conducted significant independent investigations into the potential claims in this action;

(3) have extensive relevant experience in complex antitrust litigation and knowledge of the law applicable to this action; and

(4) are willing to commit the resources necessary to representing the class.

1

## II.   Duties of Interim Class Counsel

Lead interim class counsel, working together in a coordinated fashion, shall be responsible for the overall conduct of the litigation on behalf of the plaintiffs, including the following:

a.  Supervise all pretrial, trial, and post-trial proceedings on behalf of plaintiffs;

b.  Sign any pleadings, motions, briefs, discovery requests or objections, subpoenas, or notices on behalf of plaintiffs;

c.  Determine and present in motions, briefs, oral argument, or such other fashion as may be appropriate, the position of all of the plaintiffs as to all matters arising during pretrial and trial proceedings;

d.  Designate attorneys to act as spokespersons at pretrial conferences and meetings with defendants;

e.  Negotiate and enter stipulations with defense counsel with respect to all matters in this litigation, including discovery and settlement matters;

f.  Conduct or coordinate discovery on behalf of plaintiffs, including the preparation of interrogatories, requests for production of documents, requests for admissions, and the examination of witnesses in depositions;

g.  Coordinate the activities of plaintiffs' counsel and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

h.  Collect time and expense reports from plaintiffs' counsel on a periodic basis;

i.  Employ and consult with experts;

j.  Convene meetings of plaintiffs' counsel;

IMANAGE 357153.1 21480001

k.  Delegate tasks to counsel for plaintiffs and otherwise coordinate the work of all plaintiffs' counsel, and perform such other duties as the lead interim class counsel deem necessary;

l.  Allocate fees, if any are awarded by the Court;

m.  Ensure that all plaintiffs' counsel are kept informed of the progress of this litigation as necessary; and

n.  Appoint firms to serve on an Executive Committee of counsel, under the direction of interim class counsel, to assist interim class counsel in the fulfillment of the aforementioned responsibilities.

It is **SO ORDERED**:

Dated: _____, 2008        _____
                                             United States District Judge