UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA; ) <br> VILLAGE OF HOLMEN, WISCONSIN; ) <br> TOWN OF BROCKWAY, WISCONSIN; ) <br> TOWN OF BROCKWAY SANITARY ) <br> DISTRICT, WISCONSIN;  CITY OF ) <br> GREENVILLE, NORTH CAROLINA; ) <br> PITT COUNTY, NORTH CAROLINA; ) <br> BEAUFORD COUNTY, NORTH ) <br> CAROLINA; STATE OF MISSISSIPPI; ) <br> CITY OF CHICAGO, ILLINOIS; LA ) <br> CROSSE COUNTY, WISCONSIN; ) <br> CITY OF FALL RIVER, ) <br> MASSACHUSETTS; CHARLESTON ) <br> COUNTY SCHOOL DISTRICT, ) <br> SOUTH CAROLINA; BERKELEY ) <br> COUNTY WATER AND SANITATION ) <br> AUTHORITY, SOUTH CAROLINA; ) <br> CLARK COUNTY, WISCONSIN; ) <br> and ALABAMA STATE UNIVERSITY, ) <br> on behalf of themselves and all other ) <br> similarly situated entities, ) <br>  ) <br>               Plaintiffs, ) <br>  ) <br>     v. ) <br>  ) <br> BANK OF AMERICA, N.A. ) <br>  ) <br>              Defendant. ) <br>  ) | **APPEARANCE** <br><br> Civil Action No. 1:08-cv-00433-EGS |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Bank of America, N.A.

March 14, 2008

                                                /s/
                              Kevin Sullivan, Esq. (D.C. Bar No.  411718)

King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 626-2624
(202) 626-3737 (fax)
krsullivan@kslaw.com