**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., : | |
| : | Civil Case No. 08-0433 (EGS) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BANK OF AMERICA N.A. : | |
| : | |
| Defendant. : | |

**NOTICE OF ERRATA**

Plaintiffs, by undersigned counsel, respectfully submit this Notice of Errata for the Class Action Complaint filed March 12, 2008. The last page of the signature block for Plaintiffs' counsel, Page 45, inadvertently omitted one Plaintiffs' counsel and inadvertently included several Plaintiffs' counsel. Attached hereto as Exhibit A, please find the corrected Page 45 of the Class Action Complaint, and kindly replace the originally filed Page 45 of the Class Action Complaint with the corrected Page 45.

Dated: March 17, 2008

    William A. Isaacson (DC Bar No. 414788)
    Tanya Chutkan (DC Bar No. 420478)
    Jonathan Shaw (DC Bar No. 446249)
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave. NW
    Washington, DC 20015
    Telephone: (202) 237-2727
    Facsimile: (202) 237-6131

    Jonathan W. Cuneo (DC Bar No. 939389)
    Daniel M. Cohen (DC Bar No. 470056)
    CUNEO GILBERT & LADUCA, LLP
    507 C Street NE
    Washington, D.C. 20002
    Telephone: (202) 789-3960
    Facsimile: (202) 789-1813

    Joel Davidow (DC Bar No. 50849)
    Clifford K. Williams
    KILE GOEKJIAN REED & McMANUS PLLC
    1200 New Hampshire Avenue, NW
    Suite 570
    Washington, DC 20036
    Telephone: (202) 659-8000
    Facsimile: (202) 659-8822

    Allen Black
    Roberta Liebenberg
    Donald Perelman
    FINE KAPLAN & BLACK, RPC
    1835 Market Street
    28th Floor
    Philadelphia, PA 19103
    Telephone: (215) 567-6565
    Facsimile: (215) 568-5872

    Samuel D. Heins
    Vincent J. Esades
    HEINS MILLS & OLSON
    310 Clifton Avenue
    Minneapolis, MN 55403
    Telephone: (612) 338-4605
    Facsimile: (612) 338-4692

By:   /s/ Michael D. Hausfeld
    Michael D. Hausfeld (DC Bar No. 153742)
    Richard A. Koffman (DC Bar No. 461145)
    Megan E. Jones (DC Bar No. 467255)
    Christopher J. Cormier (DC Bar No. 496384)
    COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, DC 20005
    Telephone: (202) 408-4600
    Facsimile: (202) 408-4699

    Michael P. Lehmann
    Christopher L. Lebsock
    Jon T. King
    COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
    One Embarcadero Plaza
    San Francisco, CA 94111
    Telephone: (415) 229-2080
    Facsimile: (415) 986-3643

    Robert G. Eisler
    COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
    150 East 52nd Street
    Thirtieth Floor
    New York, NY 10022
    Telephone: (212) 838-7797
    Facsimile: (212) 838-7745

    Carol V. Gilden
    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
    190 South LaSalle Street
    Suite 1705
    Chicago, IL 60603
    Telephone: (312) 357-0370
    Facsimile: (312) 357-0369

    Arthur N. Bailey
    ARTHUR N. BAILEY & ASSOCIATES
    111 West Second Street, Suite 4500
    Jamestown, NY 14701
    Telephone: (716) 664-2967
    Facsimile: (716) 664-2983

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Telephone:    (415) 421-3400
Facsimile:     (415) 421-2234

Steven Greenfogel
MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102
Telephone:  (215) 564-5182
Facsimile:   (215)  569-0958

Precious Martin Senior
PRECIOUS MARTIN SENIOR &
ASSOCIATES PLLC
821 North Congress St.
P.O. Box 373
Jackson, MS 39205-0373
Telephone: (601) 944-1447
Facsimile: (601) 944-1448

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia , Pennsylvania 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401
Telephone: (843) 723-9804
Facsimile:  (843) 723-7446

Steven A. Kanner
FREED KANNER LONDON &
 MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015
Telephone:  (224) 224-632-4500
Facsimile:   (224)  632-4521

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS  39211
Telephone:  (601) 977-5253
Facsimile:   (601)  977-5236

Brian K. Herrington
BRENT COON & ASSOCIATES
6360 I-55 North
Suite 340
Jackson, MS 39211
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

Attorneys for One or More Individual Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Errata was served via the Court's ECF system upon all counsel registered for ECF and via first-class mail on the following counsel and parties:

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, D.C. 20002

Joel Davidow
Clifford K. Williams
KILE GOEKJIAN REED & McMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036

Allen Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102

Brian K. Herrington
BRENT COON & ASSOCIATES
6360 I-55 North
Suite 340
Jackson, MS 39211

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia , Pennsylvania 19106-3697

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS  39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress St.
P.O. Box 373
Jackson, MS 39205-0373

Joe R. Whatley Jr.
WHATLEY DRAKE & KALLAS LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

Stephen Neuwirth
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Kevin Sullivan
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC  20006-4706

Date:  March 17, 2008  /s/ Connie Warner
Connie Warner

3

# Exhibit A

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Telephone:   (415) 421-3400
Facsimile:    (415) 421-2234

Steven Greenfogel
MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102
Telephone:  (215) 564-5182
Facsimile:   (215)  569-0958

Precious Martin Senior
PRECIOUS MARTIN SENIOR &
ASSOCIATES PLLC
821 North Congress St.
P.O. Box 373
Jackson, MS 39205-0373
Telephone:  (601) 944-1447
Facsimile:   (601) 944-1448

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia , Pennsylvania 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

Brian K. Herrington
BRENT COON & ASSOCIATES
6360 I-55 North
Suite 340
Jackson, MS 39211
Telephone: (601) 714-5126
Facsimile: (601) 714-5129

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401
Telephone: (843) 723-9804
Facsimile:  (843) 723-7446

Steven A. Kanner
FREED KANNER LONDON &
 MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015
Telephone:  (224) 224-632-4500
Facsimile:   (224)  632-4521

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS  39211
Telephone:  (601) 977-5253
Facsimile:   (601)  977-5236

Attorneys for One or More Individual Plaintiffs