IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, Virginia, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA N.A. <br><br> Defendant. | Civil Case No. 08-0433 (EGS) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Daniel Cohen as counsel in this case for: Plaintiff Fairfax County, Virginia; Plaintiff State of Mississippi; Plaintiff City of Chicago, Illinois; Plaintiff City of Fall River, Massachusetts; Plaintiff Charleston County School District, South Carolina; Plaintiff Berkeley County, South Carolina; and Plaintiff Alabama State University.

Date: March 17, 2008

/s/ Daniel Cohen
Daniel Cohen (DC Bar No. 470056)
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3890
Facsimile: (202) 789-1813

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance was serviced via the Court's ECF system upon all counsel registered for ECF and via first-class mail on the following counsel:

William A. Isaacson
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue, N.W.
Washington, DC  20015

Michael Hausfeld
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005

Joel Davidow
Clifford K. Williams
KILE GOEKJIAN REED & McMANUS, P.L.L.C.
1200 New Hampshire Avenue, N.W.
Suite 570
Washington, DC  20036

Allen Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA  19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN  55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH, LLP
One California Street
Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust Street
8th Floor
Philadelphia, PA 19102

Brian K. Herrington
BRENT COON & ASSOCIATES
6360 I-55 North
Suite 340
Jackson, MS 39211

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street
Suite 410
P.O. Box 600
Charleston, SC 29401

Steven A. Kanner
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015

Brent Hazzard
HAZZARD LAW, LLC
6360 I-55 North
Suite 340
Jackson, MS 39211

Kevin Sullivan
KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006-4706

Date: March 17, 2008                    /s/ Brendan S. Thompson
                                        Brendan Thompson