CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAIRFAX COUNTY, VA, ET AL. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-433 (RMC) |
| | ) | |
| BANK OF AMERICA, ET AL. | ) | Category   A |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on March 20, 2008 from Judge Emmet G. Sullivan to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Case Related to 08-432)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Sullivan & Courtroom Deputy
Judge Collyer & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk