CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VA, ET AL.    )
                              )
                              )
         Plaintiff            )
                              )
    v.                        )    Civil Case Number 08-433 (JR)
                              )
                              )
                              )
BANK OF AMERICA               )    Category   A
                              )
                              )
         Defendants           )

### REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on March 28, 2008 from Judge Rosemary M. Collyer to Judge James Robertson by direction of the Calendar Committee.

(Case related to CA 08-432)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
      Judge Collyer & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk