IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.,

    Defendant.

Case: 08-cv-433 (JR)

**MOTION FOR ADMISSION OF DYLAN J. MCFARLAND *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Dylan J. McFarland, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of Fairfax County, Virginia in the above-captioned case. In support of this motion, Mr. McFarland provides his declaration, attached as Exhibit A.

A [Proposed] Order is attached.

Respectfully submitted on this 31st day of March, 2008.

                    /s/ Richard A. Koffman
                    Richard A. Koffman (DC Bar No. 461145)
                    COHEN MILSTEIN HAUSFELD
                    & TOLL, P.L.L.C.
                    1100 New York Avenue N.W.
                    West Tower, Suite 500
                    Washington, D.C. 20005
                    Phone: (202) 408-4600
                    Fax:   (202) 408-4699

64772.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case: 08-cv-433 (JR) |

DECLARATION OF DYLAN J. MCFARLAND IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Dylan J. McFarland, make the following declaration pursuant to 28 U.S.C. § 1746.

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2. I am an officer of the law firm of Heins Mills & Olson, P.L.C., and counsel for Plaintiffs. My office address is 310 Clifton Avenue, Minneapolis, MN 55403. My business telephone number is (612) 338-4605.

3. I am a member of the Minnesota State Bar, No. 012543X. I am also admitted to the Bar of the U.S. District Court for the District of Minnesota, and the U.S. Court of Appeals for the Second and Eighth Circuits.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I reside and practice law from an office outside this district, am not a member of

64778.1

the District of Columbia Bar, nor do I have an application for membership pending.

7.   The name, address and telephone number of the sponsoring attorney of record for Plaintiffs is:

>Richard A. Koffman (DC Bar No. 461145)
>COHEN MILSTEIN HAUSFELD
>& TOLL, P.L.L.C.
>1100 New York Avenue N.W.
>West Tower, Suite 500
>Washington, D.C. 20005
>Phone: (202) 408-4600
>Fax:     (202) 408-4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31st day of March, 2008, at Minneapolis, Minnesota.

>/s/ Dylan J. McFarland
>Dylan J. McFarland (MN #012543X)
>HEINS MILLS & OLSON, P.L.C.
>310 Clifton Avenue
>Minneapolis, MN 55403
>Phone: (612) 338-4605
>Fax:     (612) 338-4692

64778.1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.,

    Defendant.

Case: 08-cv-433 (JR)

[PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Dylan J. McFarland *Pro Hac Vice* and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declarations.

IT IS, this _____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

                                                                _____
                                                                The Honorable James Robertson
                                                                United States District Judge

64775.1