IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case: 08-cv-433 (JR) |

### MOTION FOR ADMISSION OF VINCENT J. ESADES *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Vincent J. Esades, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of Fairfax County, Virginia in the above-captioned case. In support of this motion, Mr. Esades provides his declaration, attached as Exhibit A.

A [Proposed] Order is attached.

Respectfully submitted on this 31st day of March, 2008.

/s/ Richard A. Koffman
Richard A. Koffman (DC Bar No. 461145)
COHEN MILSTEIN HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, D.C. 20005
Phone: (202) 408-4600
Fax:    (202) 408-4699

64770.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　Defendant. | Case: 08-cv-433 (JR) |

DECLARATION OF VINCENT J. ESADES IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Vincent J. Esades, make the following declaration pursuant to 28 U.S.C. § 1746.

1.　I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2.　I am an equity member of the law firm of Heins Mills & Olson, P.L.C., and counsel for Plaintiffs. My office address is 310 Clifton Avenue, Minneapolis, MN 55403. My business telephone number is (612) 338-4605.

3.　I am a member of the Minnesota State Bar, No. 249361. I am also admitted to the Bar of the U.S. District Court for the District of Minnesota, and U.S. District Court for the District of North Dakota.

4.　I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5.　I have not been admitted *pro hac vice* in this Court within the last two years.

6.　I reside and practice law from an office outside this district, am not a member of

64777.1

the District of Columbia Bar, nor do I have an application for membership pending.

7.   The name, address and telephone number of the sponsoring attorney of record for Plaintiffs is:

>    Richard A. Koffman (DC Bar No. 461145)
>    COHEN MILSTEIN HAUSFELD
>    & TOLL, P.L.L.C.
>    1100 New York Avenue N.W.
>    West Tower, Suite 500
>    Washington, D.C. 20005
>    Phone: (202) 408-4600
>    Fax:    (202) 408-4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31st day of March, 2008, at Minneapolis, Minnesota.

>                              /s/ Vincent J. Esades
>                              Vincent J. Esades
>                              (MN #249361 and ND #05196)
>                              HEINS MILLS & OLSON, P.L.C.
>                              310 Clifton Avenue
>                              Minneapolis, MN 55403
>                              Phone: (612) 338-4605
>                              Fax:    (612) 338-4692

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, et al., on behalf of themselves and all other similarly situated entities,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case: 08-cv-433 (JR) |

[PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Vincent J. Esades *Pro Hac Vice* and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declarations.

IT IS, this _____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

_____
The Honorable James Robertson
United States District Judge

64773.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motions for Admission Pro Hac Vice for Vincent Esades and Dyland McFarland were served via the Court's ECF system upon all counsel registered for ECF and via first-class mail on the following counsel and parties:

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, D.C. 20002

Joel Davidow
Clifford K. Williams
KILE GOEKJIAN REED & McMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036

Allen Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102

Brian K. Herrington
BRENT COON & ASSOCIATES
6360 I-55 North
Suite 340
Jackson, MS 39211

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3697

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS  39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress St.
P.O. Box 373
Jackson, MS 39205-0373

Kevin Sullivan
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC  20006-4706

Date:  March 31, 2008                                         /s/ Linda Aono
                                                              Linda Aono