# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA et al. )<br>on behalf of themselves and all other )<br>similarly situated entities, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:08-cv-00433 (JR) |

## CERTIFICATE OF DISCLOSURE REQURIED BY LCvR 7.1 OF THE LOCAL RULES OF THE U.S. DISTRICT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for defendant, Bank of America, N.A., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Bank of America, N.A. that have any outstanding securities in the hands of the public:

Bank of America Corporation

Dated April 1, 2008

/s/ Kevin R. Sullivan
Kevin R. Sullivan (D.C. Bar No. 411718)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 661-2624
(202) 626-3737 (fax)
krsullivan@kslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Disclosure Statement was

served via the Court's ECF system upon all counsel of record:

Dated April 1, 2008                                    /s/ Kevin R. Sullivan
                                                       Kevin R. Sullivan