# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA et al. ) <br> on behalf of themselves and all other ) <br> similarly situated entities, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A. ) <br> ) <br> Defendant. ) <br> ) | **APPEARANCE** <br><br> Civil Action No. 1:08-cv-00433 (JR) |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Bank of America, N.A.

April 1, 2008

/s/ Shannon M. Kasley
Shannon M. Kasley, Esq. (D.C. Bar No. 468766)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 626-9116
(202) 626-3737 (fax)
skasley@kslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was

served via the Court's ECF system upon all counsel of record:

Dated April 1, 2008                    /s/Shannon M. Kasley
                                       Shannon M. Kasley, Esq.