IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

                Plaintiffs,

v.

BANK OF AMERICA N.A.,

                Defendant.

Civil Action No. 1:08-cv-00433 (JR)

## MOTION FOR ADMISSION OF JON T. KING *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Jon T. King, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of plaintiffs Fairfax County, Virginia; State of Mississippi; City of Chicago, Illinois; City of Fall River, Massachusetts; Charleston County School District, South Carolina; and Berkeley County, South Carolina in the above-captioned case. In support of this motion, Mr. King provides his declaration, attached as Exhibit A.

Respectfully submitted on this 1st day of April, 2008.

        /s/ Richard A. Koffman
Michael D. Hausfeld (D.C. Bar No. 153742)
Richard A. Koffman (D.C. Bar No. 461145)
Megan E. Jones (D.C. Bar No. 467255)
Christopher J. Cormier (D.C. Bar No. 496384)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202.408.4600
Fax: 202.408.4699

# EXHIBIT A

Case 1:08-cv-00433-UNA    Document 20-2    Filed 04/01/2008    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, on behalf of themselves and all other similarly situated entities,<br><br>                Plaintiffs,<br><br>      v.<br><br>BANK OF AMERICA N.A.,<br><br>                Defendant. | Civil Action No. 1:08-cv-00433 (JR) |

### DECLARATION OF JON T. KING IN SUPPORT OF MOTION
### FOR ADMISSION *PRO HAC VICE*

I, Jon T. King, make the following declaration pursuant to 28 U.S.C. § 1746:

1.    I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2.    I am an associate at the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., and counsel for plaintiffs Fairfax County, Virginia; State of Mississippi; City of Chicago, Illinois; City of Fall River, Massachusetts; Charleston County School District, South Carolina; and Berkeley County, South Carolina in the above-captioned case. My office address is One Embarcadero Center, Suite 2440, San Francisco, CA 94111. My business telephone is (415) 229-2080.

3.    I am a member of the California State Bar, No. 205073. I am also admitted to the Bars of the United States Court of Appeals for the Ninth Circuit; the United States District Court

for the Northern District of California; and the United States District Court for the Central District of California.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone of the sponsoring attorney of record for plaintiffs is:

> Richard A. Koffman (D.C. Bar No. 461145)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of March, 2008, at San Francisco, California.

_____
Jon T. King
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Phone:      (415) 229-2080
Facsimile:  (415) 986-3643

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

BANK OF AMERICA N.A.,

        Defendant.

Civil Action No. 1:08-cv-00433 (JR)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Jon T. King *Pro Hac Vice* and supporting declaration, and pursuant to Rule 83.2(d) of the Local Rules of this Court,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

                              _____
                              The Honorable John Robertson
                              Judge, U.S.D.C. District of Columbia