IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

        v.

BANK OF AMERICA N.A.,

        Defendant.

Civil Action No. 1:08-cv-00433 (JR)

**MOTION FOR ADMISSION OF CHRISTOPHER L. LEBSOCK *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Christopher L. Lebsock, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of plaintiffs Fairfax County, Virginia; State of Mississippi; City of Chicago, Illinois; City of Fall River, Massachusetts; Charleston County School District, South Carolina; and Berkeley County, South Carolina in the above-captioned case. In support of this motion, Mr. Lebsock provides his declaration, attached as Exhibit A.

Respectfully submitted on this __1st__ day of April, 2008.

                                     /s/ Richard A. Koffman
                                     Michael D. Hausfeld (D.C. Bar No. 153742)
                                     Richard A. Koffman (D.C. Bar No. 461145)
                                     Megan E. Jones (D.C. Bar No. 467255)
                                     Christopher J. Cormier (D.C. Bar No. 496384)
                                     Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                     1100 New York Avenue NW
                                     Suite 500, West Tower
                                     Washington, D.C. 20005
                                     Phone: 202.408.4600
                                     Fax: 202.408.4699

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

BANK OF AMERICA N.A.,

        Defendant.

Civil Action No. 1:08-cv-00433 (JR)

## DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Christopher L. Lebsock, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am Of Counsel with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., and counsel for plaintiffs Fairfax County, Virginia; State of Mississippi; City of Chicago, Illinois; City of Fall River, Massachusetts; Berkeley County, South Carolina; and Charleston County School District, South Carolina in the above-captioned case. My office address is One Embarcadero Center, Suite 2440, San Francisco, CA 94111. My business telephone is (415) 229-2080.

3. I am a member of the California State Bar, No. 184546. I am also admitted to the

- 1 -

IMANAGE 358631.

Bars of the United States District Court for the Northern District of California, and the United States District Court for the Eastern District of California.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone of the sponsoring attorney of record for plaintiffs is:

> Richard A. Koffman (D.C. Bar No. 461145)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25 day of March, 2008, at San Francisco, California.

_____
Christopher L. Lebsock
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Phone:      (415) 229-2080
Facsimile:  (415) 986-3643

- 2 -

IMANAGE 358631.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, on behalf of themselves and all other similarly situated entities,<br><br>               Plaintiffs,<br><br>      v.<br><br>BANK OF AMERICA N.A.,<br><br>               Defendant. | Civil Action No. 1:08-cv-00433 (JR) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion for Admission of Christopher Lebsock *Pro Hac Vice* and supporting declaration, and pursuant to Rule 83.2(d) of the Local Rules of this Court,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

 

_____
The Honorable John Robertson
Judge, U.S.D.C. District of Columbia