IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

BANK OF AMERICA N.A.,

        Defendant.

Civil Action No. 1:08-cv-00433 (JR)

## MOTION FOR ADMISSION OF GERALD J. RODOS *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Gerald J. Rodos, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. In support of this motion, Gerald J. Rodos provides his declaration, attached as Exhibit A.

Respectfully submitted on this 7th day of April, 2008.

        /s/ Richard A. Koffman
        Michael D. Hausfeld (D.C. Bar No. 153742)
        Richard A. Koffman (D.C. Bar No. 461145)
        Megan E. Jones (D.C. Bar No. 467255)
        Christopher J. Cormier (D.C. Bar No. 496384)
        Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
        1100 New York Avenue NW
        Suite 500, West Tower
        Washington, D.C. 20005
        Phone: 202.408.4600
        Fax: 202.408.4699

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

                Plaintiffs,

v.

BANK OF AMERICA N.A.,

                Defendant.

Civil Action No. 1:08-cv-00433 (JR)

**DECLARATION OF GERALD J. RODOS IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Gerald J. Rodos, make the following declaration pursuant to 28 U.S.C. § 1746:

1.    I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2.    I am a partner at the law firm of Barrack, Rodos & Bacine, and counsel for plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. My office address is 3300 Two Commerce Square, 2001 Market Street, Philadelphia, Pennsylvania 19103. My business telephone is (215) 963-0600.

3.    I am a member of the Pennsylvania State Bar, No. 03652. I am also admitted to the Supreme Court of the United States, the United States Court of Appeals for the Third Circuit and the United States District Court for the Eastern District of Pennsylvania.

4.    I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone of the sponsoring attorney of record for plaintiffs is:

> Richard A. Koffman (D.C. Bar No. 461145)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4th day of April, 2008, at Philadelphia, Pennsylvania.

Gerald J. Rodos
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

    v.

BANK OF AMERICA N.A.,

        Defendant.

Civil Action No. 1:08-cv-00433 (JR)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Gerald J. Rodos *Pro Hac Vice* and supporting declaration, and pursuant to Rule 83.2(d) of the Local Rules of this Court,

IT IS, this _____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

                                                                                    The Honorable John Robertson
                                                                                   Judge, U.S.D.C. District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motions for Admission Pro Hac Vice for Gerald J. Rodos and Jeffrey B. Gittleman were served via the Court's ECF system upon all counsel registered for ECF and via first-class mail on the following counsel and parties:

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, D.C. 20002

Joel Davidow
Clifford K. Williams
KILE GOEKJIAN REED & McMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036

Allen Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102

Brian K. Herrington
BRENT COON & ASSOCIATES

6360 I-55 North
Suite 340
Jackson, MS 39211

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia , Pennsylvania 19106-3697

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS  39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress St.
P.O. Box  373
Jackson, MS 39205-0373

Paul Bennett
Steven Sidener
Andrew Dirksen
GOLD BENNETT CERA & SIDENER LLP
595 Market St., Suite 2300
San Francisco, CA  94105

Kevin Sullivan
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC  20006-4706

Gerald J. Rodos
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market St.
Philadelphia, PA  19103

Date:  April 7, 2008                         */s/ Linda Aono*
                                                Linda Aono