IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, on behalf of themselves and all other similarly situated entities,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA N.A.,<br><br>　　　　　　Defendant. | Civil Action No. 1:08-cv-00433 (JR) |

**MOTION FOR ADMISSION OF JEFFREY B. GITTLEMAN *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Jeffrey B. Gittleman, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. In support of this motion, Jeffrey B. Gittleman provides his declaration, attached as Exhibit A.

Respectfully submitted on this 7th day of April, 2008.

　　　　　　　　　　　　　　　　　　/s/ Richard A. Koffman
　　　　　　　　　　　　　　　　　Michael D. Hausfeld (D.C. Bar No. 153742)
　　　　　　　　　　　　　　　　　Richard A. Koffman (D.C. Bar No. 461145)
　　　　　　　　　　　　　　　　　Megan E. Jones (D.C. Bar No. 467255)
　　　　　　　　　　　　　　　　　Christopher J. Cormier (D.C. Bar No. 496384)
　　　　　　　　　　　　　　　　　Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
　　　　　　　　　　　　　　　　　1100 New York Avenue NW
　　　　　　　　　　　　　　　　　Suite 500, West Tower
　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　Phone: 202.408.4600
　　　　　　　　　　　　　　　　　Fax: 202.408.4699

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

            Plaintiffs,

v.

BANK OF AMERICA N.A.,

            Defendant.

Civil Action No. 1:08-cv-00433 (JR)

### DECLARATION OF JEFFREY B. GITTLEMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jeffrey B. Gittleman, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am a partner at the law firm of Barrack, Rodos & Bacine, and counsel for plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. My office address is 3300 Two Commerce Square, 2001 Market Street, Philadelphia, Pennsylvania 19103. My business telephone is (215) 963-0600.

3. I am a member of the Pennsylvania State Bar, No. 78417 and the New Jersey State Bar, No. 031351996. I am also admitted to the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone of the sponsoring attorney of record for plaintiffs is:

> Richard A. Koffman (D.C. Bar No. 461145)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 1st day of April 2008, at Philadelphia, Pennsylvania.

Jeffrey B. Gittleman
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

BANK OF AMERICA N.A.,

        Defendant.

Civil Action No. 1:08-cv-00433 (JR)

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion for Admission of Jeffrey B. Gittleman *Pro Hac Vice* and supporting declaration, and pursuant to Rule 83.2(d) of the Local Rules of this Court,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

 

_____
The Honorable John Robertson
Judge, U.S.D.C. District of Columbia