## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, et al., on behalf of
themselves and all other similarly situated entities,

|  |  |
|---|---|
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| BANK OF AMERICA N.A., | ) |
|  |  |
| Defendant. |  |

08cv433 (JR)

**JOINT STIPULATION AND
ORDER EXTENDING PERIOD OF
TIME FOR DEFENDANT, BANK
OF AMERICA N.A., TO ANSWER
OR OTHERWISE RESPOND**

WHEREAS the above-referenced action is the subject of on-going proceedings before the United States Judicial Panel on Multidistrict Litigation;

WHEREAS Defendant Bank of America N.A. has sought the consent of Plaintiff Fairfax County, Virginia on behalf of all named plaintiffs for an extension of time to file an answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Defendant Bank of America, N.A. has sought no other extensions in the above-referenced action to date;

WHEREAS Plaintiff Fairfax County, Virginia has consented on behalf of all named plaintiffs to an extension until sixty (60) days after the conclusion of proceedings before the United States Judicial Panel on Multidistrict Litigation for Defendant Bank of America N.A. to answer or otherwise respond to the Class Action Complaint in the above-referenced action;

THE PARTIES HEREBY STIPULATE that Defendant Bank of America N.A. is granted an extension of sixty (60) days after the conclusion of proceedings before the United States Judicial Panel on Multidistrict Litigation for Defendant Bank of America N.A. to answer or otherwise respond to the Class Action Complaint in the above-referenced action.

Respectfully submitted,

KING & SPALDING LLP

By: _Kevin Sullivan (smk)_
Kevin Sullivan (DC Bar No. 411718)
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 626-2624
(202) 626-3737

Counsel for Defendant
Bank of America N.A.

Dated: Washington, D.C.
       April _9_, 2008

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

By: _Richard G. Koff_
Richard A. Koffman (DC Bar No. 461145)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
(202) 408-4600
(202) 408-4699

Counsel for Plaintiff
Fairfax County, Virginia

Dated: Washington, D.C.
       April ____, 2008

IT IS SO ORDERED this ___ day of April, 2008.

_____
Hon. James Robertson, U.S.D.J.