# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

                       Plaintiffs,

           v.

BANK OF AMERICA N.A.,

                      Defendant.

**Civil Action No. 1:08-cv-00433 (JR)**

## MOTION FOR ADMISSION OF ROBERT G. EISLER *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Robert G. Eisler, by

undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on

behalf of plaintiffs Fairfax County, Virginia; State of Mississippi; City of Chicago, Illinois; City

of Fall River, Massachusetts; Charleston County School District, South Carolina; Berkeley

County, South Carolina; and Alabama State University in the above-captioned case.  In support

of this motion, Mr. Eisler provides his declaration, attached as Exhibit A.

- 1 -

Respectfully submitted on this ⏐⏐th day of April, 2008.

                                        /s/ Richard A. Koffman
                                        Michael D. Hausfeld (D.C. Bar No. 153742)
                                        Richard A. Koffman (D.C. Bar No. 461145)
                                        Megan E. Jones (D.C. Bar No. 467255)
                                        Christopher J. Cormier (D.C. Bar No. 496384)
                                        Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                        1100 New York Avenue NW
                                        Suite 500, West Tower
                                        Washington, D.C. 20005
                                        Phone: 202.408.4600
                                        Fax: 202.408.4699

IMANAGE 358624.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA; STATE OF
MISSISSIPPI; CITY OF CHICAGO,
ILLINOIS; CITY OF FALL RIVER,
MASSACHUSETTS; CHARLESTON
COUNTY SCHOOL DISTRICT,
SOUTH CAROLINA; BERKELEY
COUNTY, SOUTH CAROLINA; and
ALABAMA STATE UNIVERSITY,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

   v.

BANK OF AMERICA N.A.,

        Defendant.

**Civil Action No. 1:08-cv-00433 (JR)**

---

**DECLARATION OF ROBERT G. EISLER IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

I, Robert Eisler, make the following declaration pursuant to 28 U.S.C. § 1746:

1.      I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2.      I am a Partner with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., and counsel for plaintiffs Fairfax County, Virginia; State of Mississippi; City of Chicago, Illinois; City of Fall River, Massachusetts; Charleston County School District, South Carolina; Berkeley County, South Carolina; and Alabama State University in the above-captioned case.

- 1 -

IMANAGE 358631.

My office address is 150 East 52nd Street, Thirtieth Floor, New York, NY 10022 . My business telephone is 212-838-7797.

       3.      I am a member of the New York State Bar, No. RE 1398 and the Pennsylvania State Bar, No. 56698. I am also admitted to the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Eastern District of Pennsylvania, United States District Court for the Western District of Pennsylvania, and the United States Court of Appeals for the Eighth Circuit - Eastern District of Missouri.

       4.      I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

       5.      I have not been admitted *pro hac vice* in this Court within the last two years.

       6.      I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

       7.      The name, address and telephone of the sponsoring attorney of record for plaintiffs is:

      Christopher J. Cormier (D.C. Bar No. 496384)
      Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
      1100 New York Avenue NW
      Suite 500, West Tower
      Washington, D.C. 20005
      Phone: 202.408.4600
      Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _10th_ day of April, 2008, at New York, New York.

Robert G. Eisler
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022
Phone:        212-838-7797
Facsimile:    212-838-7745

- 3 -

IMANAGE 358631.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

                Plaintiffs,

         v.

BANK OF AMERICA N.A.,

                Defendant.

**Civil Action No. 1:08-cv-00433 (JR)**

## [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Robert Eisler *Pro Hac Vice*

and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declaration,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is

GRANTED.

_____
The Honorable John Robertson
Judge, U.S.D.C. District of Columbia

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission of

Robert G. Eisler Pro Hac Vice was served via the Court's ECF system upon all counsel

registered for ECF and via first-class mail on the following counsel and parties:

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015

Jonathan W. Cuneo
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, D.C. 20002

Joel Davidow
Clifford K. Williams
KILE GOEKJIAN REED & McMANUS PLLC
1200 New Hampshire Avenue, NW
Suite 570
Washington, DC 20036

Allen Black
Roberta Liebenberg
Donald Perelman
FINE KAPLAN & BLACK, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403

Allan Steyer
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111

Steven Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust St., 8th Floor
Philadelphia, PA 19102

Brian K. Herrington
BRENT COON & ASSOCIATES

6360 I-55 North
Suite 340
Jackson, MS 39211

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia , Pennsylvania 19106-3697

Armand Derfner
DERFNER ALTMAN & WILBORN
40 Calhoun Street, Suite 410
P.O. Box 600
Charleston, SC 29401

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd.,
Suite 130
Bannockburn, IL 60015

Brent Hazzard
HAZZARD LAW, LLC
6360 I 55 N
Suite 340
Jackson, MS  39211

Precious Martin Senior
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress St.
P.O. Box  373
Jackson, MS 39205-0373

Paul Bennett
Steven Sidener
Andrew Dirksen
GOLD BENNETT CERA & SIDENER
LLP
595 Market St., Suite 2300
San Francisco, CA  94105

Gerald J. Rodos
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market St.
Philadelphia, PA  19103

Kevin Sullivan
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC  20006-4706

Date:  April 11, 2008                         /s/ Linda Aono
                                                         Linda Aono