UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : Civil Action No. 08-0433 (JR) <br> : |
| BANK OF AMERICA, N.A., | : <br> : |
| Defendant. | : |

### ORDER

Upon consideration of plaintiffs' motions for the *pro hac vice* appearance of Dylan J. McFarland [16] and Vincent J. Esades [17], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge