UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,  :
:
      Plaintiffs,  :
:
   v.  : Civil Action No. 08-0433 (JR)
:
BANK OF AMERICA, N.A.,  :
:
      Defendant.  :

### ORDER

Upon consideration of plaintiffs' motions for the *pro hac vice* appearance of Gerald J. Rodos [24] and Jeffrey B. Gittleman [25], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                                 JAMES ROBERTSON
                                   United States District Judge