IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, on behalf of themselves and all other similarly situated entities,<br><br>      Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A.,<br><br>      Defendant. | Civil Action No. 1:08-cv-00433 (JR) |

**MOTION FOR ADMISSION OF LAURENCE S. BERMAN *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Laurence S. Berman, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. In support of this motion, Laurence S. Berman provides his declaration, attached as Exhibit A.

IMANAGE 358959.1

1

Respectfully submitted on this 18th day of April, 2008.

/s/ Richard A. Koffman
Michael D. Hausfeld (D.C. Bar No. 153742)
Richard A. Koffman (D.C. Bar No. 461145)
Megan E. Jones (D.C. Bar No. 467255)
Christopher J. Cormier (D.C. Bar No. 496384)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202.408.4600
Fax: 202.408.4699

IMANAGE 358959.1

2

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

          Plaintiffs,

v.

BANK OF AMERICA N.A.,

          Defendant.

Civil Action No. 1:08-cv-00433 (JR)

### DECLARATION OF LAURENCE S. BERMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Laurence S. Berman, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am a partner at the law firm of Levin, Fishbein, Sedran & Berman, and counsel for plaintiffs Fairfax County, Virginia; State of Mississippi; City of Fall River, Massachusetts; and Charleston County School District, South Carolina in the above-captioned case. My office address is 510 Walnut Street, Suite 500, Philadelphia, PA 19106. My business telephone is (215) 592-1500.

3. I am a member of the Pennsylvania State Bar, No. 26965. I am also admitted to U.S. District Court, Eastern and Middle Districts of Pennsylvania and U.S. Court of Appeals,

IMANAGE 358962.1

Third, Fourth and Seventh Circuits.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone of the sponsoring attorney of record for plaintiffs is:

> Richard A. Koffman (D.C. Bar No. 461145)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 9th day of April, 2008, at Philadelphia, Pennsylvania.

LAURENCE S. BERMAN, ESQUIRE
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4663 (fax)

IMANAGE 358962.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIRFAX COUNTY, VIRGINIA, *et al.*,
on behalf of themselves and all other similarly
situated entities,

        Plaintiffs,

v.

BANK OF AMERICA N.A.,

        Defendant.

Civil Action No. 1:08-cv-00433 (JR)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Laurence S. Berman *Pro Hac Vice* and supporting declaration, and pursuant to Rule 83.2(d) of the Local Rules of this Court,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

                                                              _____
                                                               The Honorable James Robertson
                                                               Judge, U.S.D.C. District of Columbia