**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 08-0433 (JR) |
| | : |
| BANK OF AMERICA, N.A., | : |
| | : |
| Defendant. | : |

**ORDER**

Upon consideration of plaintiffs' motion for the *pro hac vice* appearances of Arnold Levin [37] and Laurence S. Berman [38], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


JAMES ROBERTSON
United States District Judge