UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*,  :<br>:<br>Plaintiffs,  :<br>:<br>v.  :<br>:<br>BANK OF AMERICA, N.A.,  :<br>:<br>Defendant.  : | Civil Action No. 08-0433 (JR) |

### ORDER

Upon consideration of plaintiffs' motions for the *pro hac vice* appearances of Paul F. Bennett [39], Steven O. Sidener [40] and C. Andrew Dirksen [41], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge