UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIRFAX COUNTY, VIRGINIA, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 08-0433 (JR) |
| | : |
| BANK OF AMERICA, N.A., | : |
| | : |
| Defendant. | : |

### ORDER

Intervenor City of Oakland is **ordered** to file its reply to plaintiffs' opposition [#47] to the relief requested in Oakland's motion to intervene [#46] no later than May 30, 2008.


JAMES ROBERTSON
United States District Judge